**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

January 24, 2005

FILED
JAN 3 1 20
MICHAEL GAN
CLERK OF COUR

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Peter Clayton Wingate
v. United States
No. 04-5989
(Your No. 03-2242)

CR 02-324 RHK/AJB

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the United States Court of Appeals for the Eighth Circuit, for further consideration in light of United States v. Booker, 543 U.S. ___ (2005).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

William K. Suter

William K. Suter, Clerk

SCANNED
FEB 0 7 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
JAN 3 1 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT