**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

December 6, 2005

1956216

FILED
DEC 12 2005
MICHAEL GANS
CLERK OF COURT

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
DEC 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Peter Clayton Wingate
v. United States
No. 05-7966
(Your No. 03-2242)

CR 02-324 RHK/AJB

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 1, 2005 and placed on the docket December 6, 2005 as No. 05-7966.

Sincerely,

**William K. Suter**, Clerk

by Ann McCamey

Ann McCamey
Case Analyst

RECEIVED
DEC 12 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
DEC 19 2005
U.S. DISTRICT COURT ST. PAUL