# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

March 6, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
MAR 1 3 2006
MICHAEL GANS
CLERK OF COURT

CR 02-324 RHK/AJB

Re: Peter Clayton Wingate
v. United States
No. 05-7966
(Your No. 03-2242)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
MAR 1 3 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
MAR 2 0 2006
U.S. DISTRICT COURT ST. PAUL